# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRIS LANGER, | Case No. 20-cv-06745-BLF |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| BLUM CONSTRUCTION CO., INC., | |
| Defendant. | |

No filings have been made in this case since a joint status report was filed on February 9, 2021. ECF No. 16. Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge